**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NATHAN NILES, and NEXLYTE INC. f/k/a CLIFTON, WEISS & ASSOCIATES, INC. | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 20-5683 |
| ELIZABETH CLIFTON and STEPHEN WEISS, | : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 18th day of October, 2023, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 43), and all papers filed in support thereof or in opposition thereto, it is hereby **ORDERED** that such Motion is **GRANTED** for the reasons set forth in this Court's accompanying Memorandum.

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**